DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 10-1-0527 AJ13
)
MARILIZA L AURELIO ) ORDER DISMISSING PROCEEDINGS
)
)
Debtors. )

This matter having come on regularly for hearing on and

(X) the debtor(s) having failed to appear

(X) the debtor(s) having failed to remit the required plan payments to the Trustee

( ) it appearing that the debtor(s) are not eligible for Chapter 13

**IT IS ORDERED** that the case be and hereby is dismissed under Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that the bankruptcy court retains jurisdiction to hear motions pursuant to 11 U.S.C. §329 and FRBP 9011 and also specific matters unique to this particular case.

**IT IS FURTHER ORDERED** that any restraining orders heretofore entered in these proceedings be and hereby are vacated.

Dated: May 18, 2010

Alan Jaroslovsky
United States Bankruptcy Judge