GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE:<br><br>MARILIZA AURELIO<br><br>Debtor. | Case No. 10-10527AJ<br>CHAPTER 13<br><br>**DECLARATION OF MARLIZA AURELIO IN RESPONSE TO MOTION FOR ATTORNEY FEES**<br><br>Date: July 2, 2010<br>Time: 9:00 a.m. |

I, MARILIZA AURELIO, Debtor, declare:

1. That I retained Holland Law Firm to file a Bankruptcy Petition under Chapter 13 on or about February 19, 2010.

2. That prior to filing bankruptcy, since October 2009, Holland Law Firm has represented me and my family in three Civil matters which I retained its services and paid the firm.

3. On April 21, 2010 at the creditors meeting, I misunderstood and mistakenly declared that payments for these three Civil Cases were paid to the Holland Law in reference to the Bankruptcy.

4. That I paid Holland Law Firm $1,800 for this Bankruptcy matter, which included costs.

5. That I have not paid Holland Law Firm $20,000 for any cases including the bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct and if called to testify, I would and could do so competently.

Dated: June 25, 2010

*[signature]*
MARILIZA AURELIO