GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE:

    MARILIZA AURELIO

    Debtor

) Case No. 10-10527AJ
) CHAPTER 13
)
) **DECLARATION OF GEORGE HOLLAND,**
) **JR. IN RESPONSE TO MOTION FOR FEES**
)
) Dated: July 2, 2010
) Time: 9:00 a.m.
)
)

I, GEORGE HOLLAND JR., declare under penalty of perjury as follows:

1. That I am an Attorney at law duly licensed to practice law before the Courts in the California and in the United States District Court for the Northern District of California. I am the attorney of record, working under the Holland Law Firm, for the Chapter 13 Debtor MARILIZA AURELIO.

2. On February 19, 2010, I filed the "skeleton" Chapter 13 petition on behalf of the debtor My firm charged the debtor $1,800.00 inclusive all filing fees.

3. That prior to the filing of the bankruptcy by Ms. Aurelio, I was retained and represented her in three other Civil matters the other than this Bankruptcy Petition.

4. That my office received payments from the Ms. Aurelio on those Civil matters.

I declare under penalty of perjury that the foregoing is true and correct and if called upon to testify, I would and could do so competently. This declaration was executed the 23rd day of June 2010 in Oakland, California

                                        Respectfully Submitted,

                                          /s/ George Holland Jr.
                                        George Holland Jr.