GEORGE HOLLAND JR., ESQ. (216735)
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
(510) 465-4100

UNITED STATES BANKRUPTCY COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, | ) Case No.: 10-10527 |
| | ) |
| MARILIZA AURELIO | ) **Chapter 7** |
| | ) |
| Debtor(s) | ) **DECLARATION OF GEORGE HOLLAND,** |
| | ) **JR.,** |
| | ) |
| | ) Date: 7/16/10 |
| | ) Time; 9:00 a.m. |
| | ) |
| | ) |

I, George Holland, Jr., declare:

1.    That I am an attorney duly licensed to practice law in the State of California and the attorney for debtor in this matter.

2.    That I represent the Ms. Aurelio in her case <u>Aurelio v. Realty Mortgage, LLC</u> in Sacramento County Superior Court Case No. 34-2009-00059621 since on or about October 1, 2009.   That my office filed a researched the law, prepared and filed a complaint on behalf of Ms. Aurelio, notice of pendency of action, recorded the notice of pendency of action, served the

DECLARATION OF GEORGE HOLLAND, JR. - 1

defendants with the complaint and supporting documents, objected to defendant's declaration of non monetary status, reviewed demurrers filed by the defendants, researched the law and filed oppositions to the demurrers, attended case management conference hearings and filed statements, propounded discovery upon the defendants, etc. Attached hereto as Exhibit 1 and incorporated by reference is a copy of the register of actions.

3. That my office represents Ms. Aurelio's husband Martin Aurelio in their case entitled Aurelio v. Homecomings, LLC Napa County Superior Case No. 26-49975. That my office has represented the Aurelios' since on or about October 5, 2009 in this case. In that case, we researched the law, prepared and filed a complaint, a notice of pendency of action, served the defendants, objection to defendant's declaration of non monetary status, case management conference statements and attended hearings, reviewed, researched and opposed defendant Homecomings' demurrer hearings on or about June 29, 2010 and defendant Mortgage Electronic Registration Systems, Inc.'s on July 22, 2010, propounded plaintiffs' first set of form interrogatories and request for production of documents upon Homecomings and Mortgage Electronic Registration Systems, Inc. We also prepared and filed a First Amended Complaint on behalf of the Aurelios'.

4. My office represented the Aurelios' in an unlawful detainer action filed in Napa County Superior Court Case No. 26-

51203 <u>Aurora Loan Services v. Aurelio</u> since on or about January 22, 2010.  In this case, we filed an answer to the unlawful detainer complaint with affirmative defenses.  Propounded form interrogatories and request for production of documents upon Homecomings, reviewed its responses and attended hearings.

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the State of California.


Dated: July 12, 2010

_____/s/_____
GEORGE HOLLAND, JR.

C:\dc\osc.decl