# EXHIBIT 1

| | Entry Date | Case Number | Document Title | Event Date | Dept. | File Size |
|---|---|---|---|---|---|---|
| View | 6/8/2010 10:24 AM | 34-2009-00059621-CU-OR-GDS | Order Sustaining Demurrer to First Amended Complaint | | | 59 KB |
| View | 6/2/2010 10:50 AM | 34-2009-00059621-CU-OR-GDS | Proof of Service | | | 70 KB |
| View | 6/2/2010 10:46 AM | 34-2009-00059621-CU-OR-GDS | Notice of Ruling | | | 133 KB |
| View | 6/2/2010 10:27 AM | 34-2009-00059621-CU-OR-GDS | Proof of Service - MAILING | | | 86 KB |
| View | 5/24/2010 2:00 PM | 34-2009-00059621-CU-OR-GDS | Minute Order | 5/24/2010 2:00 PM | 53 | 10 KB |
| View | 3/18/2010 8:31 AM | 34-2009-00059621-CU-OR-GDS | Attachment - Other | | | 75 KB |
| View | 3/18/2010 8:31 AM | 34-2009-00059621-CU-OR-GDS | Points and Authorities | | | 795 KB |
| View | 3/18/2010 8:31 AM | 34-2009-00059621-CU-OR-GDS | Demurrer | | | 86 KB |
| View | 3/18/2010 8:31 AM | 34-2009-00059621-CU-OR-GDS | Proof of Service | | | 102 KB |
| View | 3/18/2010 8:31 AM | 34-2009-00059621-CU-OR-GDS | Request for Judicial Notice | | | 2293 KB |
| View | 3/12/2010 9:05 AM | 34-2009-00059621-CU-OR-GDS | Notice to Filing Party | | | 9 KB |
| View | 2/22/2010 2:00 PM | 34-2009-00059621-CU-OR-GDS | Minute Order | 2/22/2010 2:00 PM | 53 | 9 KB |
| View | 2/22/2010 2:00 PM | 34-2009-00059621-CU-OR-GDS | Minute Order | 2/22/2010 2:00 PM | 53 | 9 KB |
| View | 2/16/2010 7:57 AM | 34-2009-00059621-CU-OR-GDS | Amended Complaint | | | 1589 KB |
| View | 1/29/2010 2:41 PM | 34-2009-00059621-CU-OR-GDS | Points and Authorities | | | 995 KB |
| View | 1/29/2010 2:41 PM | 34-2009-00059621-CU-OR-GDS | Attachment - Other | | | 1978 KB |
| View | 1/29/2010 2:41 PM | 34-2009-00059621-CU-OR-GDS | Request for Judicial Notice | | | 1429 KB |
| View | 1/29/2010 2:41 PM | 34-2009-00059621-CU-OR-GDS | Demurrer | | | 150 KB |
| View | 1/29/2010 2:41 PM | 34-2009-00059621-CU-OR-GDS | Proof of Service | | | 100 KB |
| View | 11/3/2009 9:28 AM | 34-2009-00059621-CU-OR-GDS | Objection | | | 85 KB |
| View | 10/27/2009 8:57 AM | 34-2009-00059621-CU-OR-GDS | Proof of Service - MAILING | | | 76 KB |
| View | 10/27/2009 8:57 AM | 34-2009-00059621-CU-OR-GDS | Declaration - Other | | | 99 KB |
| View | 10/27/2009 8:54 AM | 34-2009-00059621-CU-OR-GDS | First Paper - Other | | | 56 KB |
| View | 10/5/2009 3:41 PM | 34-2009-00059621-CU-OR-GDS | Complaint | | | 872 KB |
| View | 10/5/2009 3:41 PM | 34-2009-00059621-CU-OR-GDS | Civil Case Cover Sheet | | | 73 KB |
| View | 10/5/2009 3:41 PM | 34-2009-00059621-CU-OR-GDS | Summons | | | 84 KB |

| View | 10/5/2009 3:40 PM | 34-2009-00059621-CU-OR-GDS | Notice of Pendency of Action | | | 80 KB |