```
GEORGE HOLLAND JR., ESQ. (216735)
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA 94612
(510) 465-4100
```

FILED

JUL 15 2010

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

BY FAX

UNITED STATES BANKRUPTCY COURT

NOTHERN DISTRICT OF CALIFORNIA

In re,

    MARILIZA AURELIO

        Debtor(s)

) Case No.: 10-10527
)
) **Chapter 7**
)
) **SUPPLEMENTAL DECLARATION OF**
) **GEORGE HOLLAND, JR.,**
)
) Date: 7/16/10
) Time; 9:00 a.m.
)
)

I, George Holland, Jr., declare:

1. That I am an attorney duly licensed to practice law in the State of California and the attorney for debtor in this matter.

2. That I represent Ms. Aurelio in her case <u>Aurelio v. Realty Mortgage, LLC</u> in Sacramento County Superior Court Case No. 34-2009-00059621 since on or about October 1, 2009. Ms. Aurelio paid approximately $3,000 for fees in this case only. That my office filed and researched the law, prepared and filed a complaint on behalf of Ms. Aurelio, notice of pendency of

SUPPLEMENTAL DECLARATION OF GEORGE HOLLAND, JR. - 1

action, recorded the notice of pendency of action, served the defendants with the complaint and supporting documents, objected to defendant's declaration of non monetary status, reviewed demurrers filed by the defendants, researched the law and filed oppositions to the demurrers, attended case management conference hearings and filed statements, propounded discovery upon the defendants, etc. Attached hereto as Exhibit 1 and incorporated by reference is a copy of the register of actions.

3. That my office represents Ms. Aurelio's husband Martin Aurelio in their case entitled <u>Aurelio v. Homecomings, LLC</u> Napa County Superior Case No. 26-49975. That my office has represented the Aurelios' since on or about October 5, 2009 in this matter. The Aurelios' paid my office to date approximately $6,000 in fees for this case at an hourly rate of $200.00 and there is a balance owed. In this case, we researched the law, prepared and filed a complaint, a notice of pendency of action, served the defendants, objection to defendant's declaration of non monetary status, case management conference statements and attended hearings, reviewed, researched and opposed defendant Homecomings' demurrer hearings on or about June 29, 2010 and defendant Mortgage Electronic Registration Systems, Inc.'s on July 22, 2010, propounded plaintiff's first set of form interrogatories and request for production of documents upon Homecomings and Mortgage Electronic Registration Systems, Inc.

SUPPLEMENTAL DECLARATION OF GEORGE HOLLAND, JR. - 2

1  We also prepared and filed a First Amended Complaint on behalf
2  of the Aurelios.
3     4.    My office represented the Aurelios' in an unlawful
4  detainer action filed in Napa County Superior Court Case No. 26-
5  51203 <u>Aurora Loan Services v. Aurelio</u> since on or about January
6  22, 2010. In this case, the Aurelios' paid a flat fee of $1,500
7  plus costs and we filed an answer to the unlawful detainer
8  complaint with affirmative defenses. Propounded form
9  interrogatories and request for production of documents upon
10 Homecomings, reviewed its responses and attended hearings.
11    I declare under the penalty of perjury that the foregoing
12 is true and correct under the laws of the State of California.

13
14 Dated: July 15, 2010
15                                         _____
                                           GEORGE HOLLAND, JR.
16
17 C:\dc\osc.decl

SUPPLEMENTAL DECLARATION OF GEORGE HOLLAND, JR. - 3