DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ) | No. 10-10527 AJ |
| ) | Chapter 13 |
| MARILIZA AURELIO, ) | Date: August 20, 2010 |
| Debtor. ) | Time: 9:00 A.M. |
| ) | Ctrm: Hon. Alan Jaroslovsky |
| ) | 99 South "E" Street |
| ) | Santa Rosa, CA |

**NOTICE OF CONTINUED HEARING ON**
**U.S. TRUSTEE'S MOTION TO REVIEW FEES**

**PLEASE TAKE NOTICE** that the hearing on the motion of the Acting United States Trustee to review fees, previously scheduled for August 6, 2010 at 9:00 a.m., has been continued to August 20, 2010 at 9:00 a.m., at 99 South "E" Street, Santa Rosa, California.

Dated: August 3, 2010

August B. Landis,
Acting United States Trustee

By: /s/ *Patricia A. Cutler*, #50352
Patricia A. Cutler
Attorney for U.S. Trustee

NOTICE OF CONTINUED HEARING ON UST MOTION TO REVIEW FEES 10-10527